### J. W. HOWARD V. CICERO JENKINS.

(No. 1211, Op. Book No. 3, p. 374.)

APPEAL from Lamar County. Opinion by WHITE, P. J.

§ 68. *Motion for new trial in justice's court necessary to give jurisdiction on appeal.* Under the act of August 18, 1876 [General Laws 15th Leg. p. 172, sec. 3], a county court can only acquire jurisdiction of a case from justice's court after a motion for new trial made and overruled and notice of appeal given in open court in the justice's court.

June 9, 1880.                    Reversed and remanded.

NOTE.— The above is not now the law. See acts 18th Leg. p. 91.